IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| DONNIE BROWDER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 05-1440-PK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL WASHINGTON, Board of Parole, MAX WILLIAMS, BRIAN BELLEQUE, BARBARA SULLIVAN, and BILL DAVIS, Parole Officer, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Donnie Browder
SID # 3581691
Oregon State Penitentiary
2605 State Street
Salem, Oregon 97310

    Pro Se Plaintiff

Jacqueline Sadker
Department of Justice
1162 Court Street NE
Salem, Oregon 97301

Page 1 - ORDER

Stephen Lewis Madkour
Multnomah County Attorney
501 S.E. Hawthorne, Suite 500
Portland, Oregon 97214

    Attorneys for Defendant

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on April 20, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#61). IT IS HEREBY ORDERED that plaintiff's claims against defendants Williams and Belleque are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), defendants' motion for summary judgment (#44) on claims against Williams and Belleque is denied as moot, and Williams and Belleque are dismissed from the lawsuit. In addition, defendants' motions for summary judgment (#44, 47) as to claims against defendants Washington, Sullivan and Davis are granted, and plaintiff's motion for summary judgment (#55) is denied.

Dated this   / /   day of July, 2007.

                                                Garr M. King
                                              United States District Judge